# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY K. ANDERSON,
Appellant,
vs.
LACHANDRA PARKER; AND THE
STATE OF NEVADA DEPARTMENT
OF HEALTH AND HUMAN SERVICES,
DIVISION OF WELFARE &
SUPPORTIVE SERVICES,
Respondents.

No. 71053

**FILED**

NOV 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on August 18, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Alice K. Lind*

cc: Hon. Linda Marquis, District Judge, Family Court Division
Anthony K. Anderson
Lachandra Parker
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-34149